CERTIFICATE OF JUDGMENT UNDER § 2329.02

OHIO REVISED CODE

FILED
JAMES BONINI
CLERK

05 JUL 29 PM 12:04

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio, do hereby certify that on July 17, 2002 there was entered in the record, in this court, Western Division, at Cincinnati, Ohio, in

Case Number C-1-01-435

entitled Anthony Troehler v. Kenneth Suttles

judgment in favor of Anthony Troehler

and against Kenneth Suttles

in the amount of $44,126.16 plus costs

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court, at Cincinnati, Ohio, this 22nd day of July, A.D. 2005.

JAMES BONINI, Clerk, U.S. District Court

By: _____
, Deputy Clerk